People ex rel. Kon v Maginley-Liddie (2025 NY Slip Op 06532)

People ex rel. Kon v Maginley-Liddie

2025 NY Slip Op 06532

Decided on November 24, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 24, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ROBERT J. MILLER, J.P.
DEBORAH A. DOWLING
LILLIAN WAN
DONNA-MARIE E. GOLIA, JJ.

2025-00189

[*1]The People of the State of New York, ex rel. Hannah Kon, on behalf of Diego Guerra, petitioner,
v
Lynelle Maginley-Liddie, etc., respondent.

Patricia Pazner, New York, NY (Hannah Kon pro se of counsel), for petitioner.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, Charles T. Pollak, Myeonghwan Cha, Myongjae M. Yi, and Ronald Eniclerico of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Diego Guerra upon his own recognizance or, in the alternative, to set reasonable bail upon Queens County Indictment No. 1815/2017. By decision and judgment dated January 17, 2025, this Court dismissed the writ (see People ex rel. Kon v Maginley-Liddie, 234 AD3d 808). On October 21, 2025, the Court of Appeals reversed the decision and judgment of this Court and remitted the matter to this Court for further proceedings (see People ex rel. Kon v Maginley-Liddie, ___NY3d___, 2025 NY Slip Op 05785).
ADJUDGED that, upon remittitur from the Court of Appeals, the writ is sustained, without costs or disbursements, to the extent that the matter is remitted to the Supreme Court, Queens County, for further proceedings to satisfy the requirements of CPL 510.10(1), to be concluded with all convenient speed (see People ex rel. Steinagle v Howard, 204 AD3d 1491, 1492; see also People ex rel. Rankin v Brann, 41 NY3d 436, 442-443; People ex rel. Cassar v Toulon, ___ AD3d___ [decided herewith]), and the writ is otherwise dismissed.
MILLER, J.P., DOWLING, WAN and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court